SCWC-14-0001195

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KRISTOPHER KEALOHA,
Petitioner/Defendant-Appellant
(CAAP-14-1195 and CAAP-14-1196;
CR. NOS. 12-1-0224 and 12-1-0387)

and

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KRISTOPHER KANE KEALOHA,
Petitioner/Defendant-Appellant
(CAAP-14-1197; CR. NO. 13-1-0813)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kristopher Kealoha's application for writ of certiorari filed on August 25, 2017 2016, is hereby accepted and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 6, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson